UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RENY RIVERO,

                Plaintiff,

  -against-

ACB RECEIVABLES MANAGEMENT, INC.,

                Defendant.
----------------------------------------------------------------X

**ORDER**
**13 CV 4573 (ENV)(LB)**

**BLOOM, United States Magistrate Judge:**

    The Court shall hold an initial pretrial conference pursuant to Fed. R. Civ. P. 16 on September 4, 2014 at 10:30 a.m. in Courtroom 11A South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. No planning conference pursuant to Rule 26(f), Fed. R. Civ. P., shall be required at this time. Parties are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

                                                      /S/ Judge Lois Bloom
                                                      LOIS BLOOM
                                                      United States Magistrate Judge

Dated: August 5, 2014
       Brooklyn, New York